It appears from the record and briefs that in an attempt to expedite the trial of this matter, the trial court, the attorneys, and the parties engaged in a pre-trial, off-the-record, discussion wherein certain stipulations were made to the trial court. When the father was called as the first witness, there was a discussion between *Page 997 
the trial court and the attorneys as to what his testimony was going to be. It was made known that his testimony would include that the daughter was living with the father and that she preferred to live with him; whereupon, the mother's attorney stated, "[i]f she will come in here and tell us that, — we can save a lot of time." As a result of that statement, the father was not called as a witness, and the daughter was called to testify. It was the mother who caused the lack of testimony in order to "save a lot of time," and she should not now be rewarded by a reversal. Therefore, I respectfully dissent.